■ In the Matter of the Arbitration between NATIONWIDE MUTUAL INSURANCE COMPANY, Appellant, and THEODORE JOHNSON et al., Respondents.— Order of the Supreme Court, Westchester County, dated January 4, 1971, affirmed insofar as appealed from, without costs, upon the opinion of Mr. Justice Dempsey at Special Term. Hopkins, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.